**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Cohen Fuller,

     Plaintiff(s),

v.

National Collegiate Athletic Association,

     Defendant(s).

Case No. 2:26-cv-00110-NJK[1]

**ORDER**

[Docket No. 1]

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. The application is incomplete. Most significantly, the application represents that Plaintiff has received an income from business, profession, or other self-employment, but it then fails to describe the source of that money, identify the amount previously received, and identify the amount expected to be received in the future. *See* Docket No. 1 at 1 (question 3). The application also fails to identify the amount contributed to supporting Plaintiff's son, as well as the amount owed on student loans and credit card debt. *See id.* at 2 (questions 7, 8).

Accordingly, Plaintiff's application to proceed *in forma pauperis*, Docket No. 1, is **DENIED** without prejudice.[2] No later than **February 6, 2026**, Plaintiff must either (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial information; or (2) pay the fee for filing a civil action.

---

[1] The case is currently proceeding before the undersigned magistrate judge pursuant to the Court's opt-out consent program. *See* Docket Nos. 3-4.

[2] Because Plaintiff's application to proceed *in forma pauperis* is being denied without prejudice, the Court does not at this time screen the complaint. 28 U.S.C. § 1915(e). The Court notes, however, that Plaintiff's complaint is subject to striking because it is not signed. *See* Docket No. 1-1 at 2; *see also* Fed. R. Civ. P. 11(a).

**FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL OF THIS CASE**.

IT IS SO ORDERED.

Dated:  January 22, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

2