UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| COHEN FULLER,<br><br>                        Plaintiff,<br><br>       v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>                        Defendants. | Case No.: 2:26-cv-00110-MMD-NJK<br><br>ORDER |

*Pro se* Plaintiff Cohen Fuller filed an application to proceed *in forma pauperis* ("IFP") (ECF No. 7) in an action against the National Collegiate Athletic Association ("NCAA") alleging federal antitrust violations under the Sherman Act. (ECF No. 1-1.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Nancy J. Koppe (ECF No. 8), recommending the Court deny the IFP application (ECF No. 7). (ECF No. 8 at 2.) To date, no objections to the R&R have been filed. Because there is no objection, and, as further explained below, the Court will adopt the R&R in full.

Because there is no objection, the Court need not conduct de novo review and is satisfied that Judge Koppe did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations." (emphasis in original)). Judge Koppe recommends denial of Fuller's IFP application because Fuller's financial circumstances (i.e., gross monthly income of $6,000 and sufficient funds available in cash or bank accounts) do not warrant waiver of the required filing fee. (ECF No. 8 at 1-2.) Having reviewed the R&R, Judge Koppe did not clearly err.

It is therefore ordered that Judge Koppe's Report and Recommendation (ECF No. 8) is adopted in full.

It is further ordered that Fuller's application to proceed *in forma pauperis* (ECF No. 7) is denied.

It is further ordered that Fuller is ordered to pay the filing fee by March 16, 2026. Failure to timely pay the filing fee will result in dismissal of this action without prejudice.

DATED THIS 25th Day of February 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE